UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   **CV 25-2037-MWF(PVCx)**                                           Date: May 22, 2025

Title      ***Jin Wang v. Pam Bondi, et al.***

Present: The Honorable:   **MICHAEL W. FITZGERALD, United States District Judge**

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on March 7, 2025. (Docket No. 1). Pursuant to Federal Rules of Civil Procedure, Rule 4(m), the time to serve the Complaint will expire on **June 5, 2025**.

The Court **ORDERS** Plaintiff to **SHOW CAUSE** why this action should not be dismissed for lack of prosecution. In response to this Order to Show Cause, the Court will accept the following no later than **JUNE 12, 2025**.

- By Plaintiff: Proof of Service of the Summons and Complaint. Service must comply with the all the requirements of Federal Rules of Civil Procedure, Rule 4(i), regarding service on the United States and its agencies, corporations, officers, or employees. Any incomplete service will be deemed an unsatisfactory response to this Order to Show Cause.

  AND/OR

- By Defendants: Response to the Complaint. The parties may also file an appropriate stipulation to extend the time within which Defendants must respond to the Complaint.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  **CV 25-2037-MWF(PVCx)**                              Date:  May 22, 2025

Title       ***Jin Wang v. Pam Bondi, et al.***

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **JUNE 12, 2025**, will result in the dismissal of this action.

IT IS SO ORDERED.

The Court has filed a Self-Representation Order.  (Docket No. 7).  Plaintiff is advised to review that Order, and to seek assistance at the Pro Se Clinic.  Although Plaintiff is proceeding pro se, *i.e.*, without legal representation, Plaintiff nonetheless is required to comply with Court orders, the Local Rules, and the Federal Rules of Civil Procedure.

The Court cannot provide advice to any party, including pro se litigants.  There is a free "Pro Se Clinic" that can provide information and assistance about many aspects of civil litigation in this Court.  The Court has information of importance to pro se litigants at the "People Without Lawyers" link, http://prose.cacd.uscourts.gov/.

## Los Angeles

Public Counsel runs a free Federal *Pro Se* Clinic where *pro se* litigants can get information and guidance.  The Clinic is located at the Roybal Federal Building and Courthouse, 255 East Temple Street, Los Angeles, CA 90012 (note that the clinic may not be open for in-person appointments during the pandemic).  *Pro se* litigants must call or submit an on-line application to request services as follows: on-line applications can be submitted at http://prose.cacd.uscourts.gov/los-angeles, or call (213) 385-2977, ext. 270.